IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AZURITY PHARMACEUTICALS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 20-1094 |
| ALKEM LABORATORIES LTD., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of June, 2021, upon consideration of my June 21, 2021 Order approving the parties' stipulation to file the Second Amended Complaint, it is hereby **ORDERED** that:

- The Clerk of Court shall file the Second Amended Complaint, attached as Exhibit 1 to the parties' "Joint Stipulation and Proposed Order to File Second Amended Complaint" (D.I. 55-1).

- Because the Second Amended Complaint is now the operative pleading, Defendants' "Motion for Judgment on the Pleadings" (D.I. 46) is **DENIED as moot**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**