IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALKEM LABORATORIES LTD., ) <br> ) <br> Defendant. ) | C.A. No. 20-1094 (MSG) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
OF THE '028 AND '046 PATENTS WITHOUT PREJUDICE**

WHEREAS Plaintiff Azurity Pharmaceuticals, Inc. ("Azurity") and Defendant Alkem Laboratories Ltd. ("Alkem") have agreed to dismiss the claims and counterclaims related to U.S. Patent Nos. 10,493,028 ("'028 patent") and 10,688,046 ("'046 patent");

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. All claims and counterclaims concerning the '028 and '046 patents are dismissed without prejudice in accordance with Fed. R. Civ. P. 41(a)(2) and the remaining terms of this Order;

2. Until and including such time as Alkem receives final approval from FDA for its ANDA No. 214913, Alkem shall provide to Azurity copies of documents submitted to or received from FDA concerning ANDA No. 214913 within seven (7) days of sending or receiving such documents by serving such documents on Azurity's counsel of record in the above-captioned litigation;

3. In the event that Alkem receives final approval from FDA prior to the Court reaching a final decision in this matter, Alkem shall provide Azurity with written notice no less

than three (3) weeks prior to launch of its ANDA Product, and the parties will confer in good faith on a briefing schedule for injunction proceedings;

    4.    Nothing in this Order shall affect the parties' claim and counterclaim related to U.S. Patent No. 10,959,948; and

    5.    Each party shall pay its own costs and expenses, including attorney fees, incurred in connection with the claims and counterclaims related to the '028 and/or '046 patents.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiff*<br>*Azurity Pharmaceuticals, Inc.* | Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com<br><br>*Attorneys for Defendant*<br>*Alkem Laboratories Ltd.* |

August 24, 2022

        SO ORDERED this _____ day of _____, 2022.

_____
United States District Judge