# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AZURITY PHARMACEUTICALS, INC.,** | |
| *Plaintiff*, | Civil Action |
| v. | No. 20-cv-1094 |
| **ALKEM LABORATORIES LTD.,** | |
| *Defendant*. | |

## ORDER

**AND NOW**, this 16th day of March, 2023, it is hereby **ORDERED** that the **ORAL ARGUMENT** in the above-captioned case scheduled for March 27, 2023 at 10:30 a.m. is **RESCHEDULED** to be held on **Monday, April 17, 2023 at 10:30 a.m. in Courtroom 17-A,** United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**