# United States Court of Appeals for the Federal Circuit

---

**AZURITY PHARMACEUTICALS, INC.,**

*Plaintiff-Appellant*

v.

**ALKEM LABORATORIES LTD.,**

*Defendant-Appellee*

---

2023-1977

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-01094-MSG, Judge Mitchell S. Goldberg.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 8, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

May 15, 2025
Date

Jarrett B. Perlow
Clerk of Court