# United States Court of Appeals for the Federal Circuit

---

**AZURITY PHARMACEUTICALS, INC.,**

*Plaintiff-Appellant*

v.

**ALKEM LABORATORIES LTD.,**

*Defendant-Appellee*

---

2023-1977

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-01094-MSG, Judge Mitchell S. Goldberg.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 8, 2025
Date

Jarrett B. Perlow
Clerk of Court